USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AVA CLARK,

                        Plaintiff,                       19 **CIVIL** 264 (GWG)

            -against-                              **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 13, 2020, the Commissioner's motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:** New York, New York
          March 16, 2020

                                                               **RUBY J. KRAJICK**
                                                            _____
                                                                    **Clerk of Court**
                          **BY:**    _____
                                                                     **Deputy Clerk**